IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| **Downtown Furniture Emporium, Inc.,** | ) ) ) |
| **Plaintiff,** | ) ) |
| **V.** | ) Case No. 11-6065-CV-SJ-JTM ) |
| **General Casualty Company of Wisconsin,** | ) ) ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the *Stipulation For Dismissal With Prejudice*, filed December 7, 2011 [Doc. 12], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

                                        */s/ John T. Maughmer*
                                        **JOHN T. MAUGHMER**
                                        **U. S. MAGISTRATE JUDGE**