# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| **Downtown Furniture Emporium, Inc.,** )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>**General Casualty Company of Wisconsin,** )<br>)<br>Defendant. ) | Case No. 11-6065-CV-SJ-JTM |

## ORDER

Pursuant to the *Stipulation For Dismissal With Prejudice*, filed December 7, 2011 [Doc. 12], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

                                           */s/ John T. Maughmer*
                                            **JOHN T. MAUGHMER**
                                            **U. S. MAGISTRATE JUDGE**